UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRON ELIAS,<br><br>         Plaintiff,<br><br>      v.<br><br>C/O LACHINOV,<br><br>         Defendants. | Case No. 2:19-cv-07457-MWF-JC<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered dismissing the operative Second Amended Complaint without leave to amend and dismissing this action with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state law claims.

    IT IS SO ADJUDGED.

DATED: September 10, 2021

                                                      _____
                                                      MICHAEL W. FITZGERALD
                                                      UNITED STATES DISTRICT JUDGE